**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| ALEX R. WHITE, PLLC and NICHOLAS ALEXIOU, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No.: 3:26-cv-431-DJH |
| | ) | |
| ISAACS & ISAACS P.S.C., | ) | |
| | ) | |
| Defendant. | | |

**NOTICE OF APPEARANCE**

Please take notice that Tia J. Combs, with the law firm Freeman Mathis & Gary, LLP, hereby enters her appearance as counsel for Defendant, Isaacs & Isaacs, P.S.C. Please direct all pleadings and correspondence to Ms. Combs at the address below.

Respectfully submitted,

FREEMAN MATHIS & GARY, LLP

*s/ Tia J. Combs*
Tia J. Combs, Esq.
300 West Vine Street, Suite 1100
Lexington, KY 40507
(859) 410-7854
tcombs@fmglaw.com
*Counsel for Defendant,*
*Isaacs & Isaacs, P.S.C.*

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served on this the 26th day of June, 2026, via the Court's ECF system, upon the following:

Aleksandr "Sasha" Litvinov
Litvinov Law PLLC
P.O. Box 17004
Louisville, KY 40217
(502) 882-0888
sasha@litvinovlaw.com
*Counsel for Plaintiffs*

*s/Tia J. Combs*
Tia J. Combs, Esq.