AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

Alex R. White, PLLC and Nicholas Alexiou
*Plaintiff*
v.
Isaacs & Isaacs P.S.C.
*Defendant*

Case No. 3:26-cv-431-DJH

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Isaacs & Isaacs P.S.C. .

Date: 08/12/2026

/s/ A. Neil Hartzell
*Attorney's signature*

A. Neil Hartzell
*Printed name and bar number*
A. Neil Hartzell, MA BBO # 544752
Freeman Mathis & Gary LLP
One Boston Place, 201 Washington Street,
Suite 2200, Boston, MA 02108
*Address*

neil.hartzell@fmglaw.com
*E-mail address*

(617) 963-5966
*Telephone number*

(833) 226-4728
*FAX number*

Print Save As... Reset